UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLARD HALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10783** |
| **ROBERT C. TANNER, WARDEN**<br>**RAYBURN CORRECTIONAL CENTER** | **SECTION "I"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Willard Hall, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Willard Hall's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**